

TO. THE
ADMINISTRATOR OF
OF THIS ORGANIZATION....

BD scanned No IFP

My name is michale brown and iam incarcerated at the Howard R young correctional institution in Delaware. I strongly believe that i have wrongfully conicted. With this letter, iam sending you proof in my paper work of this wrongfull coniction. I was sentence to seventy four years in jail. The state presented fuzzy unreliable surveillance tapes which shows no proof of who the suspect is. There was a questionable amount of mix D.N.A many people was excluded, but naver appeehended. Including valuable finger prints(none of mines) find at the crime scene and the stolen cars. Let try to make clear why i arrest. THE state prescnted two stolen cars that thay said was use in robberies(witness testify thay maver seen a car) in these cars thay find some items, such as a cellphone,cigarette,bottle and a straw. A cellphone that dont belong to me,also the presented a non expert who testify that he found a partial finger print( on the cellphone that belongs to me and the other items such as the cigrette,bottle and a straw, D.N.A expert testify about my D.N.A being included in this mixture, she also stated that the item was tainted before she receive them, nor has the state argue how these items point to me in several arm robbries.
My case was base on speculation and conjecture. As you can see iam in desperate need of some help. Iam indigent and my appeal attorney is showing no effort towards my case.If theres anything you can do or point me in the right direction plase write me A.S.A.P !

    Michael Brown
    341129
    1301 E. 12th street
    wilmingtion De, 19809

| | |
|---|---|
| 2  various robberies, and not one of these witnesses we | 2  the State will offer fingerprint evidence, and the |
| 3  anticipate ever identified Mr. Brown as being the | 3  question we ask you is, were other fingerprints found at |
| 4  suspect. | 4  these scenes and can those individuals necessarily be |
| 5  Each of these witnesses gave physical | 5  excluded as suspects? |
| 6  descriptions of the suspect who robbed them, and except | 6  We anticipate the State will offer surveillance |
| 7  for the race and the gender, the physical description of | 7  tapes of several of the robberies, and we ask you to |
| 8  each suspect -- I'm sorry -- of the suspect given by | 8  look closely at those tapes and look very carefully. |
| 9  each eyewitness varies. We anticipate William Beattie | 9  And ask yourself, is it the same individual that's |
| 10 will testify that the age of the suspect was 18 to 20 | 10 committing all of these robberies, let alone Mr. Brown? |
| 11 years old. We anticipate that Bhaunesk Patel will | 11 We submit to you that after you've heard all of |
| 12 testify that the age of the suspect was 33 to 38. We | 12 the evidence that you will find the State has not met |
| 13 anticipate that Ogretta Miller will testify the | 13 its burden of proof, and that a verdict of not guilty is |
| 14 suspect's height was five five. Also, Syed Ali will | 14 appropriate. |
| 15 testify that his height was five foot five to five foot | 15 The right to a jury trial is a fundamental |
| 16 seven. Yet, Joseph Christiano will testify that the | 16 right that we all have as citizens, and your duty is a |
| 17 height of the suspect is six two. Mr. Ali will testify, | 17 valuable community service. And Mr. Brown and I would |
| 18 we anticipate, that the weight of the suspect was 130 | 18 like to thank you for that. |
| 19 pounds, 140, but Tarabem Patel and Shake Ricardo will | 19 Thank you. |
| 20 say the weight of the suspect was 180 to 210. | 20 THE COURT: Counsel, are you ready? |
| 21 Charles Sevier and John Klingmeyer will testify | 21 MS. MEDFORD: State calls Bhavin Magdalia. |
| 22 that the skin tone of the suspect was light skin. | 22 BHAVIN MAGDALIA, having duly been sworn, was |
| 23 Ogretta Miller will testify it's fair complexion, and | 23 examined and testified as follows: |
| **30** | **32** |
| 1  Bhavin Magdalia will say he was an albino. On the other | 1  DIRECT EXAMINATION |
| 2  hand, Charles Digia and Kevin McGrath will say the | 2  BY MS. MEDFORD: |
| 3  suspect was dark. Dharmista Thaker will say he was dark | 3  Q. Good morning, Mr. Magdalia. |
| 4  complected. Syed Ali will say dark skin as well. | 4  A. Good morning. |
| 5  As to the physical build of the suspect that | 5  Q. How old are you, sir? |
| 6  committed these crimes, Mr. Beattie will say the suspect | 6  A. 26. |
| 7  had a thin build. Mr. Magdalia will say he had a | 7  Q. Are you married? |
| 8  muscular build, and Ms. Patel and Mr. Ricardo will say | 8  A. No. |
| 9  the suspect was obese. | 9  Q. Do you work? |
| 10 Mr. Brown and I ask you given the variety of | 10 A. Yes. |
| 11 these physical descriptions is it fair to conclude that | 11 Q. And where do you work? |
| 12 the same suspect, let alone Mr. Brown, or only one | 12 A. Wyett Pharmaceutical. |
| 13 suspect committed all of these robberies. | 13 Q. Take you back to at least two years ago. Where |
| 14 We anticipate the State will offer evidence of | 14 were you working then? |
| 15 clothing items similar to those used in the robbery. | 15 A. Peddler's Liquor Store. |
| 16 Question, do any of these witnesses identify these items | 16 Q. And what were your duties for Peddler's Liquor |
| 17 as the suspect's clothing? And are these articles of | 17 Store? |
| 18 clothing so common that they are of little use of | 18 A. I was working as a clerk. |
| 19 identifying anyone? | 19 Q. Where is Peddler's Liquor Store? |
| 20 Question, do any of the items that -- the State | 20 A. 10 West Main Street, Newark, Delaware 19702. |
| 21 mentioned that there was DNA testing. Did any of the | 21 Q. Is that in New Castle County, Delaware? |
| 22 items that the State retrieved that were being subjected | 22 A. Yes. |
| 23 to DNA testing, do they have Mr. Brown's DNA, | 23 THE COURT: Would you speak a little bit right |

117

1  Q. Now, you said when compared with the known
2  DNA sample of Michael Brown Michael Brown cannot be
3  excluded. What does that mean?
4     A. That means that his parts of his profile
5  were consistent with being included in that mixture
6  that I obtained from the bottle lip.
7     Q. So the mixture of DNA profile that you
8  received from the bottle lip includes Michael
9  Brown's DNA; is that correct?
10    A. Yes.
11    Q. All right. Let's move on to the bottle
12 neck. Now, again were you able to extract DNA
13 profile from the bottle neck?
14    A. Yes. And once again a mixed DNA profile was
15 obtained and Michael Brown could not be excluded
16 from being a contributor in that mixture.
17    Q. So again Michael Brown's DNA was within the
18 mixture of the DNA that you extracted from the
19 bottle neck, was this part that you've referred to;
20 is that correct?
21    A. Yes. Yes.
22    Q. And finally you tested the outer bottle
23 which was this area?

118

1     A. Yes.
2     Q. Were you able to extract the DNA profile
3  from that area?
4     A. Yes. And again it was a mixed DNA profile
5  and Michael Brown could not be excluded as being a
6  contributor to that sample as well.
7     Q. So again Michael Brown's DNA was found in
8  that mixture as well?
9     A. Yes.
10    Q. Now, in your experience is it unusual to
11 find mixture of DNA in commercially sold items like
12 a liquor bottle?
13    A. It wouldn't be unusual if the item was
14 shared between people or many people touched it or
15 used it, what have you. It wouldn't be uncommon to
16 see a mixed DNA profile.
17    Q. Now, what sample of DNA had the most
18 significant statistic out of these mixed results?
19    A. Out of the results from the bottle?
20    Q. Yes.
21    A. The most significant one would be the single
22 source DNA sample that was obtained from inside the
23 bottle cap.

119

1     Q. Which was Michael Brown's DNA?
2     A. Yes.
3     Q. Now, what does that exactly mean?
4     A. In regards to statistical?
5     Q. Yes.
6     A. I have the stats on the screen for the
7  probability of randomly selecting an unrelated
8  individual with a DNA matching the bottle cap; the
9  Newport butt, which we haven't discussed; and
10 Michael Brown.
11       And these statistics -- basically what
12 they're telling us is you have a chance one in 1.5
13 sextillion in the Caucasian population of selecting
14 someone else with that same profile and so on.
15    Q. Okay. If I were to say that Michael Brown
16 was an African American male, what would the
17 statistic be? I don't think I can read that
18 number.
19    A. For the African American population the
20 probability of selecting a random individual with
21 that same profile is 1 in 4.85 sextillion in the
22 African American population.
23    Q. And how many people are in the world?

120

1     A. I always have to check. Approximately 6.5
2  billion people in the world.
3     Q. So the statistic is actually much higher
4  than the people we have in the world?
5     A. Yes.
6     Q. How many people in the U.S.?
7     A. Approximately 300 million.
8     Q. So again the statistic is much, much, much
9  higher than the population of the U.S.?
10    A. Yes.
11    Q. Now I am going to refer your attention to
12 the plastic straw. Were you able to test the
13 plastic straw?
14    A. Yes.
15    Q. How did you do that?
16    A. Once again I swabbed it using a sterile swab
17 and distilled water. I swabbed approximately half
18 of the outside of the straw. There were many
19 indentations of the straw, so I was hoping to get
20 possible saliva or skin cells.
21    Q. Were you able to extract the DNA sample from
22 that straw?
23    A. Yes.

121

1  Q. And what was that result?
2  A. The result was, again, a mixed DNA profile
3  in which Michael Brown was included.
   Q. Do you have the comparison?
   A. Yes.
6     How do you go backwards? That's fine.
7     Okay. This is just showing you the results
8  I obtained comparing the straw DNA profile in
9  regards to Michael Brown's DNA profile. And I have
10 highlighted Michael Brown's profile in pink and the
11 markers which are consistent with Michael Brown at
12 each locus in pink as well just to give you an idea
13 of why he was included in the mixture.
14 Q. Now, this might be a silly question, but why
15 isn't that just someone else's profile? Why is
16 Michael Brown included in that profile?
17 A. Well, it very well could be someone else's
18 profiling and it is at least someone else's
19 profile. But just because we were doing a
20 comparison with his profile, his known reference
21 profile, that's what we're making our conclusion
22 on.
23 Q. So when you compare the profile from the

122

1  straw to Michael Brown's profile you see that
2  Michael Brown's DNA is mixed in with the DNA that
3  you retrieved from the straw?
4  A. Yes.
5  Q. Now, again, is it unusual to see mixed DNA
6  profile in a shared item like a straw?
7  A. It wouldn't be, no.
8  Q. Now, referring to the rolled cigarette butt
9  I believe is how you referred to it -- were you
10 able to test that for DNA?
11 A. Yes.
12 Q. And were you able to extract the DNA profile
13 from the rolled cigarette butt?
14 A. Yes.
15 Q. What was the result in that test?
16 A. Again, mixed DNA profile. Michael Brown's
17 DNA profile could not be excluded. It was included
18 in the results obtained.
19 Q. Now, when compared Michael Brown's DNA
20 profile found in this rolled cigarette butt, how
21 does it compare to the statistics?
22 A. Well, in regards to single source and
23 mixtures, statistically speaking, the single source

123

1  samples you're going to get a more significant
2  statistic just because it's one person, it is a
3  straight comparison.
4     When you have mixtures you're going to have
5  more of those markers present, so your statistic
6  isn't going to be as significant because there
7  could be lots of people that are contributing, so
8  it's not going to be quite as significant as just a
9  single source. But we do do calculations for
10 mixtures as well.
11 Q. What was the statistics for Michael Brown's
12 DNA in this one?
13 A. In the rolled cigarette -- did you want me
14 to read all of the statistics?
15 Q. Let's refer specifically to the African
16 American population.
17 A. Okay. The percentage of the population that
18 is excluded from being a contributor to that
19 mixture containing the DNA profile of Michael Brown
20 is 99.99999993 percent in the African American
21 population. What that means is approximately 1 out
22 of every 1 billion 370 million African Americans
23 would be included in the mixture.

124

1  Q. Okay. What does that translate into?
2  A. I guess what that's trying to say is if
3  you're included in the mixture you have a kind of a
4  one out of 1 billion 370 million chance if an
5  African American would be included in that mixture.
6  I'm not really sure how else to reword it.
7  Q. So let's see if I can make sense of it. So
8  there is one out of 1.3 billion chance that it
9  could be another African American other than
10 Michael Brown in that mixture?
11 A. I would say that in regards to like single
12 source when we're talking, yes. But this is just
13 kind of saying that one out of every 1.4 African
14 Americans would be in the mixture. I don't --
15 Q. 1.4 billion?
16 A. I'm sorry. 1.4 billion.
17 Q. And again what was the population of U.S.?
18 A. The population of the U.S. was approximately
19 300 million.
20 Q. Okay. All right. Now let's move on to the
21 Newport cigarette butt.
22    Now how did you test the Newport cigarette
23 butt?

Michael Brown
341129
1301 E 14th St
Wilm, DE 19809

WILMINGTON DE 197
13 SEP 2007 PM 3 T

Civil Right Act 1983 Clerk
U.S. District Court
Lockbox 18
844 N. King St
Wilm, DE 19801