IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN THE MATTER OF
    MICHAEL A BROWN, PETITIONER
        -VS-
    THE STATE OF DELAWARE
    SUPREME COURT # 44, 2007

07-553

FEDERAL HABEAS # UNKNOWN

CLERK,

    HAVING RECIEVED NOTICE OF A WRIT OF HABEAS CORPUS BEING FILED, PETITIONER MOVES TO HAVE THE COURT STRIKE ANY AND ALL MOTIONS IN THE MATTER OF MICHAEL BROWN, WHERE:

1) PETITIONER HAS NOT FULLY EXHAUSTED HIS STATE POST CONVICTION PROCESS AND

2) PETITIONER DOES NOT WISH TO FORGO HIS STATE REMIDIES AND LOSE VALUEABLE REVIEW OF ISSUES THAT MAY NOT BE PRESENTED TO THE DISTRICT UNTIL EXHAUSTION OF LOWER COURT REMEDIES ARE SUBSTANTIATED

FILED
OCT 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

HEREBY, WITH THIS WRITTEN MOTION PETITIONER STRIKES ALL ACTIONS WITHIN THE DISTRICT COURT IN THE MATTER OF MICHAEL BROWN.

PLEASE DO NOT DELAY IN RESPONSE TO THIS LETTER MOTION TO STRIKE

RESPECTFULLY,

10/15/07    Michael A Brown

SERVICE:

    2 COPIES, CLERK
    U.S. DISTRICT COURT
    844 N. KING ST. LOCK BOX 18
    WILMINGTON, DE. 19801

ON THIS 15 DAY OF October 07

Michael A Brown
MICHAEL BROWN 341129
H.R.Y.C.I. P.O. BOX 9561
WILM, DE. 19809

Michael A Brown / 341129
1301 E. 12th St.
Wilm, DE 19809

WILMINGTON DE 197
16 OCT 2007 PM 1 L

U.S. District Court
844 N. King St. Lock Box 18
Wilmington, DE 19801