IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MICHAEL BROWN,　　　　　　　　:
　　　　　　　　　　　　　　　　:
　　　　　Petitioner,　　　　　:
　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　: Civil Action No. 07-553-JJF
　　　　　　　　　　　　　　　　:
RAPHAEL WILLIAMS,　　　　　　 :
Warden, and　　　　　　　　　　:
ATTORNEY GENERAL OF　　　　　 :
THE STATE OF DELAWARE,　　　　:
　　　　　　　　　　　　　　　　:
　　　　　Respondents.　　　　　:

### ORDER OF DISMISSAL

At Wilmington this 30 day of October, 2007;

IT IS ORDERED that:

Petitioner Michael Brown's letter Motion for Voluntary Dismissal of his § 2254 petition is **GRANTED**, and the above-captioned matter is **DISMISSED** without prejudice. (D.I. 5.) Respondents have not yet served an Answer. Fed. R. Civ. P. 41(a)(1); see Hilton v. Braunskill, 481 U.S. 770, 776 n.5 (1985)(Federal Rules of Civil Procedure may be applied to habeas corpus petitions filed pursuant to 28 U.S.C. § 2254 as long as the Rules are not inconsistent with the Rules Governing Habeas Corpus Cases Under § 2254). The Clerk is directed to close the case.

　　　　　　　　　　　　　　　　　　　／s／ Joseph J. Farnan
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE